THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Suzannah Force Long, Respondent,
 v.
 James Neel Long, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal from Greenville County
Aphrodite K. Konduros, Family Court Judge
Memorandum Opinion No. 2007-MO-029
Heard April 17, 2007  Filed May 14, 2007   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Joseph M. Ramseur, Jr., and Reid T. Sherard, both of Nelson Mullins Riley & Scarborough, of Greenville, for Petitioner.
 Robert M. Rosenfeld, of Porter & Rosenfeld, of Greenville, for Respondent.
 
 
 

PER CURIAM:  This Court granted certiorari to review the court of appeals decision in Long v. Long, Op. No. 2005-UP-165 (S.C. Ct. App. filed Mar. 7, 2005).  We dismiss the writ as improvidently granted.

TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.